UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DARIS MARKEITH-LEE JEFFERSON,

    Defendant.

_____/

Case No. 1:21-mj-41

Hon. Ray Kent

## ORDER FOR DISMISSAL OF COMPLAINT

A preliminary hearing having been held on February 5, 2021, and the Court having not found probable cause to believe defendant Daris Markeith-Lee Jefferson committed the offense charged in the complaint, therefore:

**IT IS SO ORDERED** that all charges against defendant Daris Markeith-Lee Jefferson contained in the complaint are dismissed, and defendant is ordered released from the custody of the United States Marshal.

Dated: February 5, 2021

    /s/ Ray Kent
Ray Kent
United States Magistrate Judge